# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158150(54)
158151

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PROGRESS MICHIGAN,
      Plaintiff-Appellant,

v

ATTORNEY GENERAL,
      Defendant-Appellee.
_____/

SC: 158150, 158151
COA: 340921, 340956
Ct of Claims: 17-000093-MZ

      On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing its brief is GRANTED. The brief submitted on June 26, 2019, is accepted as timely filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2019



Clerk